UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

S.Z., by and through his NEXT FRIEND, )
C.Z., )
)
    Plaintiff, )
)
)   Cause No, 4: 15-CV-01220-CEJ
)
LADUE SCHOOL DISTRICT, et al., )

    Defendants.

JOINT MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
JOINT MOTION FOR APPROVAL OF MINOR SETTLEMENT
AGREEMENT

COMES NOW Plaintiff SZ., by and through his Next Friend Christopher Zoellner, and Defendants Ladue School District ("District"), Donna Ja.hnke, Kenneth Rossics, Bradley Griffith, Michael Tarpey, and Abigail Wheeler (collectively, including the District, "District Defendants"), by and through their respective counsel, and hereby jointly submit this motion for leave to file documents under seal. In suppott of their Motion, the patties state as follows: 1- The Joint Motion for Approval of the Minor Settlement Agreement contains the name of the minor's guardian, frorn which the minor's identity can easily be inferred. .

2. The Joint Motion for Approval of the Minor Settlement Agreement contains other sensitive information regarding the minor,

3, Federal Rule of Civil Procedure 5.2(d) states that "the court may order that a filing be made under seal without redaction."

4- The interest of protecting the minor's identity outweighs any public interest in disclosure-

WHEREFORE, Plaintiff, by and through his next friend, and the District Defendants respectfully request this Court grant their Motion for Leave to File Documents Under Seal — Joint Motion for Approval of Minor Settlement Agreement for the above-stated reasons, and for such other relief as the Coutt deems just and proper.

Respectfully Submitted,

| | |
|---|---|
| TUETH, KEENEY, COOPER, MOHAN & JACKSTADT, P.C. | LEDBETTER LAW FIRM, LLC |
| /s/ Celynda L. Brasher | _____ |
| Celynda L. Brasher, MO, Bar #38243MO | Frank R. Ledbetter, 53?21MO |
| Michelle H, Basi, Mo. Bar #54943MO | 141 Na Meramec Avenue, Suite 24 |
| 34 N. Meramec Avenue, Suite 600 | St. Louis, MO 63105 |
| St. Louis, MO 63105 | stlatty@gmail.com   (314) 535-7800 |
| cbrasher@tuethkeeney.com | (314) 533-7078 (facsimile) |
| mbasi@tuethkeeney.com | |
| (314) {80-3600 | |
| (314) 880-3601 (facsimile) | |
| | *Attorney for Plaintiff* |
| *Attorneys for Defendants* | |