UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| S.Z., a minor child, by and through next friend, C.Z.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LADUE SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Case No. 4:15-CV-1220-CEJ<br>)<br>)<br>)<br>) |

### ORDER

**IT IS HEREBY ORDERED** that the plaintiff's motion to dismiss [Doc. #50] is **granted**.

**IT IS FURTHER ORDERED** that this action is **dismissed with prejudice**. Fed. R. Civ. P. 41(a)(2).

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CAROL E. JACKSON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated this 25th day of August, 2016.